670

No. 301. GUARANTY TRUST CO., EXECUTOR, *v.* COMMISSIONER OF INTERNAL REVENUE. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. John W. Davis, Montgomery B. Angell,* and *Weston Vernon, Jr.,* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *A. F. Prescott* for respondent.

No. 324. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* MITCHELL. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Reed* for petitioner. *Mr. William Wallace* for respondent.

No. 323. NEW YORK LIFE INSURANCE CO. *v.* GAMER, EXECUTRIX. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. M. S. Gunn* and *J. A. Poore* for petitioner. *Messrs. Francis P. Kelly* and *William Meyer* for respondent.

No. 342. McCOLLUM, TRUSTEE IN BANKRUPTCY, *v.* HAMILTON NATIONAL BANK. October 11, 1937. Petition for writ of certiorari to the Supreme Court of Tennessee granted. *Messrs. J. W. Thompson* and *Joseph B. Roberts* for petitioner. *Mr. J. B. Sizer* for respondent.

No. 346. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* BOWERS, ADMINISTRATRIX. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Solicitor*